# MEMORANDUM OPINION

No. 04-08-00199-CV

**SK QUALITY CUSTOM BUILDERS, INC.** and Steve Kostantenaco,
Appellants/Cross-Appellees,

v.

**FOXWORTH-GALBRAITH LUMBER COMPANY**,
Appellee/Cross-Appellee,

and

Arabia **VARGAS** and Marilyn Llanes,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-14089
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:     Alma L. López, Chief Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed: June 18, 2008

DISMISSED

The parties have filed a joint motion, in accordance with Texas Rule of Appellate Procedure

42.1(a)(2), stating they have resolved the dispute at issue and requesting this court dismiss this

appeal.  The motion is granted and the appeal is hereby dismissed.  TEX. R. APP. P. 42.1(a)(2).  Costs of the appeal are taxed against the party incurring the same.


PER CURIAM